## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **IN RE:** | **CASE NO. 04-10635 - MAM** |
| **LYNDA M SPEARS** | **Chapter 13** |
| **Debtor.** | |

## MOTION TO DISMISS

COMES NOW, The Bank of Pine Hill, by and through counsel and record and respectfully moves this Honorable Court to dismiss the above-referenced Chapter 13 bankruptcy case, and in support thereof says as follows:

1. Lynda M. Spears ("Debtor") signed a note and mortgage, June 2, 2003, in favor of The Bank of Pine Hill, Bank of Pine Hill Loan Number XXX5673, in the original principal amount of $2,970.42. As of June 30, 2004, the note had a payoff balance of $3,233.31. Said note is secured by the following personal and real property in Wilcox County, Alabama:

> One (1) 1990 Chevrolet Metro, VIN 2C1MRZ463L6000956
> Real Estate as described in Exhibit "A"

2. Debtor, filed a petition for an order of relief under Chapter 13 of Title 11, <u>United States Bankruptcy Code</u>, February 05, 2004.

3. Debtor's Chapter 13 plan was filed, February 26, 2004 (ECF Doc. 5), amended, April 27, 2004 (ECF Doc. 10), and ordered confirmed, June 6, 2004 (ECF Doc. 14).

4. Debtor's plan, as ordered confirmed, requires payments of $242.00 per month to the Chapter 13 Trustee. The plan also provides for a disbursement to The Bank of Pine Hill by the Chapter 13 Trustee for the above-referenced note and security agreement.

5. To date, Debtor has made one payment to the Chapter 13 Trustee of $113.00, April 5, 2004. The Bank of Pine Hill has received no distributions. Essentially, during the five month

period since this case was filed, Debtor has made only a single payment of $113.00 to the Chapter 13 Trustee.

WHEREFORE, The Bank of Pine Hill respectfully moves this Honorable Court to dismiss the instant Chapter 13 case with a 90 day injunction against refiling.

Respectfully submitted on July 1, 2004.

Memory & Day

By: /S/ Von G. Memory
Von G. Memory
ASB-8137-071V

James L. Day
ASB-1256-A55J

Attorneys for The Bank of Pine Hill

OF COUNSEL

Memory & Day
P.O. Box 4054
Montgomery, Alabama
36103-4054
Tel (334) 834-8000
Fax (334) 834-8001

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing document on the following, by:

☑ placing same in the United States Mail, postage prepaid, and properly addressed

☑ E-mail or ECF (Pursuant to Fed. R. Bankr. P. 9036)

☐ facsimile

☐ hand delivery

- 2 -

☐ delivered in open court

on July 1, 2004.

April England-Albright, Esq.
1207 (b) Alabama Avenue
Selma, AL 36701

Lynda M Spears
P.O. Box 82
Coy, AL 36435

John McAleer
Ch 13 Trustee
P.O. Box 1884
Mobile, AL  36633

/S/ Von G. Memory
OF COUNSEL

- 3 -