FILED
U.S BANKRUPTCY COURT
SOU DIST ALA

04 AUG 11 AM 10:45

P.O. Box 82
Coy, Al 36435
Aug. 09-04

Clerk of Court
201 St. Louis St.
Mobile, Al 36602

Dear Sir/Madam,

I am writting in reference to Trustee's Motion to Dismiss Case No. 04-10635-MAM-13 dated 07-23-04. I haven fallen behind in payments due to economical hardship, and would like to ask for a stay. Documentations of hardship will be provided upon request.

Thank you,
Linda Moye Spears
Debtor